IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5 PM 12: 10

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| BRENDA J. BRADBERRY and EDWIN C. BRADBERRY, individually and on behalf of all persons similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)  No. 02-cv-2729-D/V<br>)  **JURY DEMAND**<br>)  **(TWELVE PERSON)**<br>)  Judge Bernice B. Donald<br>)<br>) |

## ORDER

This cause came on to be heard by the parties' Joint Motion to Extend Proposed Deadlines for Close of Discovery, Filing Dispositive Motions, and Responding to Dispositive Motions. The parties have proposed setting the deadline for the close of discovery as June 17, 2005, the deadline for filing dispositive motions as June 30, 2005, and the deadline for responding to dispositive motions as July 29, 2005. The Court, after consideration of the pleadings, the representations of counsel, and the entire record of this case, and finding that good cause exists for the granting of this motion, hereby grants same.

It is so ORDERED this 4th day of May, 2005.

_____
BERNICE BOUIE DONALD
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 5-6-05

77

APPROVED FOR ENTRY:

*James J. Webb, Jr.*

Alan G. Crone, # 14285
James J. Webb, Jr. # 17826
Crone & Mason, P.L.C.
5100 Poplar Avenue, Suite 3200
Memphis, TN 38137
(901) 683-1850
*Attorneys for Plaintiffs Brenda J. Bradberry and
Edwin C. Bradberry*

*Robert B. Littleton / by permission JW*

Robert B. Littleton, #2816
Jeffrey Zager, #11743
Miller & Martin PLLC
150 4th Avenue North, Suite 1200
Nashville, TN 37219-2433
(615) 244-9270

*Attorneys for Defendant
John Hancock Life Insurance Company*

OF COUNSEL FOR DEFENDANT:

Waldemar J. Pflepsen, Jr.
Shaunda Patterson-Strachan
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
(202) 965-8100

2

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 77 in case 2:02-CV-02729 was distributed by fax, mail, or direct printing on May 6, 2005 to the parties listed.

---

Robert B. Littleton
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Waldemar J. Pflepsen
JORDEN BURT LLP
1025 Thomas Jefferson St., N.W.
Ste. 400 East
Washington, DC 20007

Jeffrey Zager
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Shaunda Patterson-Strachan
JORDEN BURT LLP
1025 Thomas Jefferson St., NW
Ste. 400 East
Washington, DC 20007

Honorable Bernice Donald
US DISTRICT COURT