FILED BY _____ D.C.

05 AUG 15 PM 3:23

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

| | |
|---|---|
| BRENDA J. BRADBERRY and EDWIN C. BRADBERRY, <br><br> Plaintiffs, <br><br> vs. <br><br> JOHN HANCOCK MUTUAL LIFE INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 02-cv-2729-D/V <br> **JURY DEMAND** <br> **(TWELVE PERSON)** <br> **Judge Bernice B. Donald** |

### AGREED ORDER OF DISMISSAL

The Court is advised by counsel for the parties, as evidenced by their signatures below, that the parties to this civil action have reached an agreed compromise and settlement of all issues in dispute among them and that this civil action should be dismissed with prejudice. The Court is further advised that each party has agreed to bear its own costs; however, if any costs are independently assessed by the Court, the parties have agreed that one-half of the total costs will be paid by the plaintiffs and one-half will be paid by the defendant.

It is, accordingly, **ORDERED, ADJUDGED and DECREED** this civil action is dismissed with prejudice.

ENTERED this 12th day of August, 2005.

_____
Bernice B. Donald
United States District Judge


This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-16-05



Approved for Entry:

*signature*

Alan G. Crone, # 14285
James J. Webb, Jr. # 17826
Crone & Mason, P.L.C.
5100 Poplar Avenue, Suite 3200
Memphis, TN 38137
(901) 683-1850


*Attorneys for Plaintiffs Brenda J. Bradberry and*
  *Edwin C. Bradberry*


*signature* /by perm JJW

Robert B. Littleton, #2816
Jeffrey Zager, #11743
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue, N.
Nashville, TN 37219
(615) 244-9270


*signature* /by perm. JJW

Waldemar J. Pflepsen, Jr.
Shaunda Patterson-Strachan
Jorden Burt LLP
1025 Thomas Jefferson Street, NW
Suite 400 East
Washington, DC 20007-5208
(202) 965-8100

*Attorneys for Defendant*
  *John Hancock Life Insurance Company*

Agreed Order of Dismissal - Bradberry4.DOC          2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 80 in case 2:02-CV-02729 was distributed by fax, mail, or direct printing on August 16, 2005 to the parties listed.

---

Shaunda Patterson-Strachan
JORDEN BURT LLP
1025 Thomas Jefferson St., NW
Ste. 400 East
Washington, DC 20007

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Robert B. Littleton
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Waldemar J. Pflepsen
JORDEN BURT LLP
1025 Thomas Jefferson St., N.W.
Ste. 400 East
Washington, DC 20007

Jeffrey Zager
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Honorable Bernice Donald
US DISTRICT COURT