UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED BY ___ D.C.
05 AUG 25 PM 2:17

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

BRENDA J. BRADBERRY and
EDWIN C. BRADBERRY

JUDGMENT IN A CIVIL CASE

v.

JOHN HANCOCK MUTUAL LIFE
INSURANCE COMPANY

CASE NO: 02-2729-D

**DECISION BY COURT.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that in accordance with the Agreed Order Of Dismissal entered on August 16, 2005, this cause is hereby dismissed with prejudice.

APPROVED:

_(signature)_
BERNICE B. DONALD
UNITED STATES DISTRICT COURT

August 24, 2005
Date

THOMAS M. GOULD
Clerk of Court

(By) _(signature)_ Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and...

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 81 in case 2:02-CV-02729 was distributed by fax, mail, or direct printing on August 29, 2005 to the parties listed.

---

Waldemar J. Pflepsen
JORDEN BURT LLP
1025 Thomas Jefferson St., N.W.
Ste. 400 East
Washington, DC 20007

Jeffrey Zager
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Alan G. Crone
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Shaunda Patterson-Strachan
JORDEN BURT LLP
1025 Thomas Jefferson St., NW
Ste. 400 East
Washington, DC 20007

Robert B. Littleton
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

James J. Webb
CRONE & MASON, PLC
5100 Poplar Ave.
Ste. 3200
Memphis, TN 38137

Honorable Bernice Donald
US DISTRICT COURT